THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABRIL "APRIL" JIMENEZ-MENDEZ, an Individual, ARIANA JIMENEZ-MENDEZ, an Individual, INNA KHIMICH, an Individual, LISA CARVALHO, an Individual, DINA CERNAVA, an Individual, and KSENIYA PARKHOTYUK, an Individual,<br><br>          Plaintiffs,<br><br>   v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, a Public Corporation and Governmental Entity, and DOES 1 THROUGH 50, Inclusive,<br><br>          Defendants. | Case No.: 3:23-cv-01190-IM<br><br>**NOTICE OF DEFENDANT'S CONSENT TO FILING OF AMENDED COMPLAINT UNDER FRCP 15(a)(2)** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Oregon Health and

Science University ("OHSU") submits this notice of its written consent to Plaintiffs' First

Page 1 –  NOTICE OF DEFENDANT'S CONSENT TO FILING OF AMENDED
          COMPLAINT UNDER FRCP 15(A)(2)
122290719.1 0027345-00103

Amended Complaint removing Plaintiff's Second Cause of Action under Title VII of the Civil Rights Act of 1964 for disparate treatment discrimination.

Rule 15 allows a plaintiff to "amend its pleading . . . with the opposing party's written consent . . . ." Fed. R. Civ. P. 15(a)(2). "Once the adverse party has consented to the amendment of a pleading," the Court need take no further action and "has no control over the matter under Rule 15(a)." *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954); *accord Williams v. Perdue*, No. C19-0444-JCC, 2020 WL 5996431, at *1 (W.D. Wash. Oct. 9, 2020); *Atlas v. Arnold*, No. CV 15-01504 RSWL (RAO), 2016 WL 11521727, at *3 (C.D. Cali. Oct. 31, 2016). Here, Plaintiff submits an amended complaint removing one of Plaintiff's claims against OHSU and declining to pursue it further. Plaintiff's counsel has conferred with OHSU's counsel about the amendment and OHSU consents to it.

Defendants recognize that this Court dismissed with prejudice Plaintiff's claim under 42 U.S.C. § 1983 and the First Amendment of the United States Constitution, and that Plaintiff includes that claim in the consented amended complaint for preservation purposes only. *See* Am. Compl. ¶¶ 56–64. In the amended complaint, Plaintiff expresses acknowledges that "on January 29, 2024, Judge Karin J. Immergut dismissed Plaintiffs' cause of action under 42 U.S.C. § 1983 with prejudice" and that "Plaintiffs leave this cause of action in this amended complaint strictly for purposes of preserving the issue for appeal." Am. Compl. at 15 n.2. Defendants consent to Plaintiff's inclusion of this claim for preservation purposes only and not for any other purpose.[1] Defendants proceed in this litigation assuming this claim remains dismissed with

---

[1] To the extent Plaintiff later files an appeal related to this claim, Defendants reserve all rights regarding the appeal.

Page 2 –  NOTICE OF DEFENDANT'S CONSENT TO FILING OF AMENDED
              COMPLAINT UNDER FRCP 15(A)(2)
122290719.1 0027345-00103

prejudice. Defendants will decline to renew Defendants' Motion to Dismiss regarding that claim unless directed otherwise by the Court.

Defendants will file an Answer to Plaintiff's amended complaint within the time allowed under Rule 15(a)(3).

DATED: February 15, 2024           STOEL RIVES LLP

*s/ Alex Van Rysselberghe*
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com

*Attorneys for Defendants*