BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABRIL "APRIL" JIMENEZ-MENDEZ, an Individual, ARIANA JIMENEZ-MENDEZ, an Individual, INNA KHIMICH, an Individual, LISA CARVALHO, an Individual, DINA CERNAVA, an Individual, and KSENIYA PARKHOTYUK, an Individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, a Public Corporation and Governmental Entity, and DOES 1 THROUGH 50, Inclusive,<br><br>        Defendants. | Case No. 3:23-cv-01190-IM<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

Pursuant to Federal Rule of Civil Procedure 26(f), the parties conferred and submit this discovery plan and proposed case schedule pursuant to Rule 26(f), Local Rule 16, and Local Rule 26.

A.     **JOINT STATUS REPORT AND DISCOVERY PLAN**

1.     <u>Case Background:</u>  Plaintiffs filed this case on August 15, 2023 against Defendant Oregon Health and Science University ("OHSU") and Defendants Does 1 Through 50, Inclusive, alleging claims for religious discrimination under Title VII of the Civil Rights Act ("Title VII") (both failure-to-accommodate and disparate treatment claims) and a claim for religious burden under the Free Exercise Clause of the First Amendment to the United States Constitution.  ECF No. 1.  Defendants moved to dismiss the Free Exercise Claim, ECF No. 7, and on January 29, 2024, this Court granted Defendants' Motion and dismissed that claim (and in doing so, dismissed Defendants Does 1 Through 50, Inclusive, from the case), ECF No. 10.  On February 15, 2024, Plaintiffs filed a First Amended Complaint reasserting their Title VII accommodation claim but removing their Title VII disparate treatment claim, ECF No. 11 (OHSU filed a notice of written consent to the amendment, ECF No. 12).  OHSU filed an Answer to the First Amended Complaint on February 29, 2024.  ECF No. 13.

2.     <u>Nature and Complexity of Case:</u>  The parties agree that the legal issues in this case are not complex.  However, this case does involve six individual Plaintiffs, each of whom had different employment positions with OHSU, multiplying the number of relevant documents at issue in this case.  This case also is one of several other cases pending in this District before other judges, involving OHSU and counsel for both parties.[1]  As such, the parties hope to adopt a

---

[1] Related cases include *Pryce v. OHSU*, 3:23-cv-01009-AR and *Khimich v. OHSU*, 3:23-cv-01239-YY.  Those cases still have motions to dismiss pending, and discovery schedules in those cases have not yet been entered.  The parties anticipate filing discovery schedules shortly that conform to the schedules set out below.

discovery schedule in this case that allows ample time for fact discovery and that will match with the schedules in other cases, for the sake of efficiency.

3. <u>Deadline for Amending Pleadings/Joining Additional Parties:</u> The parties propose a deadline of April 30, 2024 to amend the pleadings and/or join additional parties.

4. <u>Consent to a U.S. Magistrate Judge:</u>  There is not full consent to the use of a Magistrate Judge.

5. <u>Proposed Discovery Plan:</u>

(a) The parties' deadline to exchange LR 26-7 initial discovery is thirty days from the date of this Report, that is, April 25, 2024.

(b) Pursuant to LR 26-2, the parties have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1) and have filed with the Court a copy of the Fed. R. Civ. P. 26(a)(1) Discovery Agreement.  The parties otherwise anticipate taking discovery in accordance with the applicable civil rules and case law on subjects pertinent to their claims and/or defenses.

(c) The parties anticipate seeking discovery of electronically stored information, including emails, as well as documents generally kept in the usual course of Defendant's business.  The parties do not anticipate the discovery of electronically stored information to present unique or complex issues.  The parties agree to work collaboratively according to the particular needs of the request regarding the form of request and production of ESI.

(d) The parties do not anticipate that privilege issues will play a larger role in this case than they typically do in similar cases.

(e) The parties do not agree at this time to limiting discovery beyond the limits imposed by the applicable federal and/or local rules. The parties agree to confer and work cooperatively where possible regarding this issue as discovery progresses.

**B.  PROPOSED CASE SCHEDULE**

The Parties propose the following case schedule, which will allow the parties sufficient time to exchange documents related to all six Plaintiffs in this case and, additionally, coordinate the discovery schedules in related cases (involving the same counsel and the same Defendants) to match the schedule here.

| Description of Deadline | Date |
|---|---|
| Amend Pleadings and Join Additional Parties | April 30, 2024 |
| File Motions to Compel | October 18, 2024 |
| Complete Fact Discovery | October 18, 2024 |
| Initial Expert Disclosures | November 8, 2024 |
| Rebuttal Expert Disclosures | December 9, 2024 |
| File Motions to Compel Expert Discovery | December 16, 2024 |
| Complete Expert Discovery | December 16, 2024 |
| Statement of Agreed and Disputed Facts | January 6, 2025 |
| Joint ADR Report | January 20, 2025 |
| Dispositive Motions | January 20, 2025 |
| Pretrial Order and Verdict Form | June 20, 2025 |
| Trial Documents (filed by 12:00 Noon) | June 27, 2025 |
| Pretrial Conference | July 24, 2025 |

| Description of Deadline | Date |
|---|---|
| Jury Trial (5 days) | August 12, 2025 |

DATED: March 26, 2024

PACIFIC JUSTICE INSTITUTE

*/s/ Ray D. Hacke*
RAY D. HACKE, OSB No. 173647
rhacke@pji.org
Telephone: 503.917.4409

*Attorney for Plaintiffs*

STOEL RIVES LLP

*/s/ Alex Van Rysselberghe*
BRENDA K. BAUMGART, OSB No. 110061
brenda.baumgart@stoel.com
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
Telephone: 503.224.3380

*Attorneys for Defendants*