Ray D. Hacke, OSB No. 173647
PACIFIC JUSTICE INSTITUTE
317 Court St., Suite 202
Salem, OR 97301
(503) 917-4409 Phone
E-mail: rhacke@pji.org

Attorneys for Plaintiff
MARIA CORTES et al.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABRIL"APRIL" JIMENEZ-MENDEZ, An Individual, ARIANA JIMENEZ-MENDEZ, An Individual, INNA KHIMICH, An Individual, LISA CARVALHO, An Individual, An Individual, DINA CERNAVA, An Individual, and KSENIYA PARKHOTYUK, An Individual,<br><br>                              Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, A Public Corporation and Governmental Entity, and DOES 1 THROUGH 50, Inclusive,<br><br>                              Defendants | Case No.: 3:23-CV-01190-IM<br><br>**MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF LISA CARVALHO [Fed. R. Civ. P. 41(a)(2)]** |

Plaintiff LISA CARVALHO ("CARVALHO") hereby voluntarily moves to dismiss this case as to herself alone and to no other Plaintiffs.  CARVALHO's attorney met and and conferred via telephone with counsel for Defendant OREGON HEALTH & SCIENCE UNIVERSITY ("OHSU") on September 23, 2024. OHSU does not oppose this motion.

Dated:  September 23, 2024                    PACIFIC JUSTICE INSTITUTE
                                              */s/ RAY D. HACKE*_____
                                              Ray D. Hacke, OSB No. 173647
                                              Attorney for Plaintiffs
                                              ABRIL "APRIL" JIMENEZ-MENDEZ *et al.*
                                              *Counsel for Service*
                                              317 Court St., Suite 202
                                              Salem, OR 97301
                                              E-mail: rhacke@pji.org

## PROOF OF SERVICE

I am employed in the County of Marion, State of Oregon.  I am over the age of eighteen and not a party to the within action; my business address is 317 Court St. NE, Suite 202, Salem, OR 97301.

On or about September 23, 2024, I served the following documents on the interested parties by placing a true copy thereof enclosed in sealed envelope(s), or by attaching it to the body of an electronic mail, addressed to said parties:

**MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF LISA CARVALHO [Fed. R. Civ. P. 41(a)(2)]**

## PLEASE SEE ATTACHED SERVICE LIST

_____BY MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with either the U.S. postal service or another carrier on approximately that same date with postage thereon fully prepaid at Salem, Oregon in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the office of the addressee(s).

_X__BY ELECTRONIC MAIL: I caused such documents to be served on the interested parties via electronic mail.

_____(State) I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

___X____(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 23, 2024, at Salem, Oregon.

*/s/ MARYANN ANTUNEZ*_____
Maryann Antunez

## SERVICE LIST

**Via Mail and Electronic Mail:**
Tom R. Johnson, OSB No. 010645
E-mail: tom.johnson@stoel.com
Alex Van Rysselberghe, OSB No. 174836
E-mail: alex.vanrysselberghe@stoel.com
Brenda K. Baumgart, OSB No. 992160
E-mail: brenda.baumgart@stoel.com
Stoel Rives, LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205